1  TRACY L. WILKISON
   United States Attorney
2  DAVID M. HARRIS
3  Assistant United States Attorney                                    JS6
   Chief, Civil Division
4  CEDINA M. KIM
5  Assistant United States Attorney
   Senior Trial Attorney, Civil Division
6  SUSAN L. SMITH, CA STATE BAR NO.: 253808
7  Special Assistant United States Attorney
         Social Security Administration
8        160 Spear Street, Suite 800
9        San Francisco, California 94105
         Tel: (510) 970-4857
10       Fax: (415) 744-0134
11       E-mail: Susan.L.Smith@ssa.gov
12
   Attorneys for Defendant
13
                    UNITED STATES DISTRICT COURT
14
                   CENTRAL DISTRICT OF CALIFORNIA
15                         EASTERN DIVISION
16

17 | MARY ANN DUARTE,                    No. 5:21-cv-01739-GJS

18 |         Plaintiff,
                                         [PROPOSED]
19 | v.                                  JUDGMENT OF REMAND

20 | KILOLO KIJAKAZI,

21 | Acting Commissioner of Social
     Security,
22
             Defendant.
23

24

25

26

27

28

1    The Court having approved the parties' Stipulation to Remand for Further
Proceedings Pursuant to Sentence Four of 42.U.S.C. § 405(g) and for Entry of
Judgment in Favor of Plaintiff ("Stipulation to Remand") lodged concurrent with
the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: January 21, 2022

_____
HON. GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE